# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1747
_____

A.A., the Mother,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

October 23, 2019

PER CURIAM.

A.A., the mother of N.K.A, M.K.A-B., N.K.A-W., and L.K.A-W., challenges a post-dependency order placing her children in a permanent guardianship with their maternal grandmother. We treat her appeal as a petition invoking this court's certiorari jurisdiction, *see M.M. v. Florida Department of Children & Families*, 189 So. 3d 134 (Fla. 2016), and deny the petition on the merits.

RAY, C.J., and ROWE and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


A.A., pro se, Appellant.

Sarah J. Rumph of Children's Legal Services, Tallahassee, for Appellee Department of Children and Families.

Thomasina F. Moore and Sara Elizabeth Goldfarb of Guardian ad Litem Program, Tallahassee.